Joseph R. Re (SBN 134,479)
joseph.re@knobbe.com
Stephen C. Jensen (SBN 149,894)
steve.jensen@knobbe.com
Irfan A. Lateef (SBN 204,004)
irfan.lateef@knobbe.com
Brian C. Claassen (SBN 253,627)
brian.claassen@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, 14th Floor
Irvine, CA  92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
**MASIMO CORPORATION**

[Counsel for Defendants listed on next page]

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASIMO CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SOTERA WIRELESS, a California corporation,<br><br>HON HAI PRECISION INDUSTRY CO., LTD., a Taiwan corporation,<br><br>Defendants. | Case No. 3:19-cv-01100-BAS-NLS<br><br>**JOINT MOTION FOR PROTECTIVE ORDER**<br><br>Hon. Nita L. Stormes |

1  J. Christopher Jaczko (Bar No. 149317)
   chris.jaczko@procopio.com
2  PROCOPIO, CORY,
   HARGREAVES & SAVITCH LLP
3  12544 High Bluff Drive, Suite 400
   San Diego, CA 92130
4  619-238-1900 Telephone

5  Rudolph A. Telscher, Jr. *(pro hac vice)*
   rudy.telscher@huschblackwell.com
6  Daisy Manning *(pro hac vice)*
   daisy.manning@huschblackwell.com
7  HUSCH BLACKWELL LLP
   190 Carondelet Plaza, Suite 600
8  St. Louis, MO 63105
   314-480-1500 Telephone
9
   Nathan Sportel *(pro hac vice)*
10 nathan.sportel@huschblackwell.com
   Dustin Taylor *(pro hac vice)*
11 dustin.taylor@huschblackwell.com
   HUSCH BLACKWELL LLP
12 120 South Riverside Plaza Suite 2200
   Chicago, IL 60606
13 312-655-1500 Telephone

14 ***Attorneys for Defendant***
   ***Sotera Wireless, Inc.***
15
   Hua Chen (SBN 241831)
16 huachen@scienbizippc.com
   Calvin Chai (SBN 253389)
17 calvinchai@scienbizippc.com
   *ScienBiziP, P.C.*
18 550 South Hope Street, Ste. 2825
   Los Angeles, CA 90071
19 Tel: 213.426.1771
   Fax: 213.426.1788
20
   Attorneys for Defendant
21 Hon Hai Precision Industry Co. Ltd.

22

23

24

25

26

27

28

Pursuant to Federal Rule of Civil Procedure 26(c)(1), Plaintiff Masimo Corporation and Defendants Sotera Wireless and Hon Hai Precision Industry Co., Ltd. hereby jointly move the Court to enter the proposed Protective Order submitted concurrently herewith via email to chambers.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: November 22, 2019      By: /s/ *Brian C. Claassen*
　　　　　　　　　　　　　　　　　　Joseph R. Re
　　　　　　　　　　　　　　　　　　Stephen C. Jensen
　　　　　　　　　　　　　　　　　　Irfan A. Lateef
　　　　　　　　　　　　　　　　　　Brian C. Claassen

　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　MASIMO CORPORATION

HUSCH BLACKWELL LLP

Dated: November 22, 2019      By: /s/ *Daisy Manning (with permission)*
　　　　　　　　　　　　　　　　　　J. Christopher Jaczko
　　　　　　　　　　　　　　　　　　Rudolph A. Telscher, Jr
　　　　　　　　　　　　　　　　　　Daisy Manning
　　　　　　　　　　　　　　　　　　Nathan Sportel
　　　　　　　　　　　　　　　　　　Dustin Taylor

Attorneys for Defendant
SOTERA WIRELESS

SCIENBIZIP, P.C.

Dated: November 22, 2019      By: /s/ *Hua Chen (with permission)*
　　　　　　　　　　　　　　　　　　Hua Chen
　　　　　　　　　　　　　　　　　　Calvin Chai
Attorneys for Defendant
HON HAI PRECISION INDUSTRY CO., LTD.

## PROOF OF SERVICE

I hereby certify that on November 22, 2019, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following person(s):

| | |
|---|---|
| Hua Chen<br>huachen@scienbizippc.com<br>Calvin Chai<br>calvinchai@scienbizippc.com<br>ScienBiziP, P.C.<br>550 South Hope Street, Ste. 2825,<br>Los Angeles, CA 90071 | *Counsel for Defendant*<br>*Hon Hai Precision Industry Co., Ltd.* |
| J. Christopher Jaczko<br>chris.jaczko@procopio.com<br>PROCOPIO, CORY,<br>HARGREAVES & SAVITCH LLP<br>12544 High Bluff Drive, Suite 400<br>San Diego, CA 92130<br><br>Rudolph A. Telscher, Jr.<br>rudy.telscher@huschblackwell.com<br>Daisy Manning<br>daisy.manning@huschblackwell.com<br>HUSCH BLACKWELL LLP<br>190 Carondelet Plaza, Suite 600<br>St. Louis, MO 63105<br><br>Nathan Sportel<br>nathan.sportel@huschblackwell.com<br>Dustin Taylor<br>dustin.taylor@huschblackwell.com<br>HUSCH BLACKWELL LLP<br>120 South Riverside Plaza Suite 2200<br>Chicago, IL 60606 | *Counsel for Defendant*<br>*Sotera Wireless, Inc.* |

I certify and declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the forgoing is true and correct.

Executed on November 22, 2019, at Irvine, California.

_____
Claire A. Stoneman

31755765