Joseph R. Re (SBN 134,479)
joseph.re@knobbe.com
Stephen C. Jensen (SBN 149,894)
steve.jensen@knobbe.com
Irfan A. Lateef (SBN 204,004)
irfan.lateef@knobbe.com
Brian C. Claassen (SBN 253,627)
brian.claassen@knobbe.com
Baraa Kahf (SBN 261144)
baraa.kahf@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, 14th Floor
Irvine, CA  92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
**MASIMO CORPORATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASIMO CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SOTERA WIRELESS, INC., a California corporation,<br><br>HON HAI PRECISION INDUSTRY CO., LTD., a Taiwan corporation,<br><br>Defendants. | Case No. 3:19-cv-01100-BAS-NLS<br><br>**MASIMO CORPORATION'S NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR ISSUANCE OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY)**<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**<br><br>Hearing Date:  December 14, 2020<br><br>Hon. Cynthia A. Bashant |

**PLEASE TAKE NOTICE** that on December 14, 2020 or as soon thereafter as counsel may be heard before the Honorable Cynthia Bashant in Courtroom 4B of the United States District Court for the Southern District of California located at 333 West Broadway, Suite 1110, San Diego, California 92101, Plaintiff Masimo Corporation ("Masimo") will and hereby does move the Court to issue a request for international judicial assistance (letter rogatory) to the appropriate judicial authority of Taiwan to assist procuring evidence from Mr. Francis Chen, and that the Court sign and affix its seal to the proposed letter rogatory attached hereto and return the letter with original signatures and seals to Masimo's counsel for transmittal to the appropriate judicial authority of Taiwan.

Defendants Sotera Wireless, Inc. and Hon Hai Precision Industry Co., LTD. have stated that they do not oppose this motion.

This unopposed motion is based on this Notice; the concurrently filed opening brief, supporting declaration, and exhibits; the proposed order granting the unopposed motion lodged concurrently herewith; the proposed request for international judicial assistance (letter rogatory) lodged concurrently herewith (and its accompanying exhibits); any subsequently filed briefs; the pleadings and papers filed in this action; and any other arguments, evidence, and matters submitted to the Court, at the hearing or otherwise.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:  November 9, 2020        By:  /s/ *Baraa Kahf*
                                        Joseph R. Re
                                        Stephen C. Jensen
                                        Irfan A. Lateef
                                        Brian C. Claassen
                                        Baraa Kahf

Attorneys for Plaintiff
MASIMO CORPORATION

**PROOF OF SERVICE**

I hereby certify that on November 9, 2020, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following person(s):

| | |
|---|---|
| Hua Chen<br>huachen@scienbizippc.com<br>Calvin Chai<br>calvinchai@scienbizippc.com<br>ScienBiziP, P.C.<br>550 South Hope Street, Ste. 2825,<br>Los Angeles, CA 90071<br><br>litigation@scienbizippc.com<br><br>*Counsel for Defendant*<br>*Hon Hai Precision Industry Co., Ltd.* | J. Christopher Jaczko<br>chris.jaczko@procopio.com<br>PROCOPIO, CORY, HARGREAVES<br>& SAVITCH LLP<br>12544 High Bluff Drive, Suite 400<br>San Diego, CA 92130<br><br>*Counsel for Defendant*<br>*Sotera Wireless, Inc.* |
| Rudolph A. Telscher, Jr.<br>rudy.telscher@huschblackwell.com<br>Daisy Manning<br>daisy.manning@huschblackwell.com<br>Jennifer E. Hoekel<br>jennifer.hoekel@huschblackwell.com<br>HUSCH BLACKWELL LLP<br>190 Carondelet Plaza, Suite 600<br>St. Louis, MO 63105<br><br>HB-Sotera@huschblackwell.com<br><br>*Counsel for Defendant*<br>*Sotera Wireless, Inc.* | Nathan Sportel<br>nathan.sportel@huschblackwell.com<br>Dustin Taylor<br>dustin.taylor@huschblackwell.com<br>HUSCH BLACKWELL LLP<br>120 South Riverside Plaza Suite 2200<br>Chicago, IL 60606<br><br>*Counsel for Defendant*<br>*Sotera Wireless, Inc.* |
| | Dustin Taylor<br>dustin.taylor@huschblackwell.com<br>HUSCH BLACKWELL LLP<br>1801 Wewatta St., Suite 1000<br>Denver, CO 80205<br><br>*Counsel for Defendant*<br>*Sotera Wireless, Inc.* |

I certify and declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the forgoing is true and correct.

Proof of Service
Case No. 19cv01100-BAS-NLS

1    Executed on November 9, 2020, at Irvine, California.

2    _____

3    33402218    Claire A. Stoneman

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28