# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASIMO CORPORATION, a California corporation,<br><br>                             Plaintiff,<br><br>  v.<br><br>SOTERA WIRELESS, INC., a California corporation, HON HAI PRECISION INDUSTRY CO., LTD., a Taiwan corporation,<br><br>                             Defendant. | Case No. 19-cv-1100-BAS-MSB<br><br>**ORDER GRANTING PARTIES' JOINT STIPULATION FOR PERMANENT INJUNCTION AND JOINT STIPULATION FOR DISMISSAL (ECF No. 139)** |

Before the Court is the parties' Joint Motion for stipulated permanent injunction ("Stipulated Permanent Injunction"). (ECF No. 139.) Additionally, the parties jointly stipulate to dismissal of Plaintiff's claims with prejudice upon entry of the permanent injunction ("Stipulated Dismissal"). (*Id.*)

**I.    Joint Stipulation for Permanent Injunction**

Finding the stipulated permanent injunction appropriate, the Court hereby **GRANTS** the Joint Motion for stipulated permanent injunction. (*Id.*)

The Court having considered the Second Amended Complaint, the parties' Stipulated Permanent Injunction, and other materials filed in this action finds that:

1. This Court has jurisdiction of the subject matter of this case and jurisdiction over the parties and venue in this district is proper;

2. For purposes of this Stipulated Permanent Injunction, the Second Amended Complaint states a claim upon which relief may be granted;

3. This Permanent Injunction can properly be entered in this action;

4. This Permanent Injunction does not constitute an admission by Defendants that they engaged in any wrongdoing.

Accordingly, it is hereby stipulated by the parties and **ORDERED** that:

1. Sotera Wireless, Inc. ("Sotera") and Hon Hai Precision Industry Co., Ltd. ("Hon Hai"), their officers, servants, agents, employees, attorneys, and those persons in active concert or participation with them who receive actual notice of this Injunction Order (collectively, "Enjoined Parties"), are hereby enjoined from making, using, selling, offering to sell, transferring to others, or importing into the United States any device, system, process, or method, such as the ViSi Mobile device, ViSi Mobile Monitoring System, Legacy Analytics System, or Data Solutions Portal, configured to simulate alarm delay settings for any purpose such as generating reports, analyzing alarm trends, customizing alarm delay settings, troubleshooting alarm limit and alarm delay settings, and testing algorithm updates, whether such use is internal to the company or external for customers.

2. The Enjoined Parties are further enjoined from supplying software for use by others that is configured to simulate alarm delay settings for any purpose such as generating reports, analyzing alarm trends, customizing alarm delay settings, troubleshooting alarm limit and alarm delay settings, and testing algorithm updates.

3. This injunction shall take effect five (5) business days after the entry of this Order and shall remain in effect until U.S. Patent No. 10,255,994 expires.

4. Defendants waive appeal of this permanent injunction.

5. This document shall be deemed to have been served upon Defendants at the time of its execution by the Court.

**II.    Joint Motion to Dismiss**

Under Federal Rule of Civil Procedure ("Rule") 41(a)(1)(A), a plaintiff has an absolute right to voluntarily dismiss his action by (1) filing a notice of voluntary dismissal before a defendant has filed an answer or moved for summary judgment, *see* Rule 41(a)(1)(A)(i), or (2) filing a stipulation of dismissal signed by all parties who have appeared, *see* Rule 41(a)(1)(A)(ii). *See also Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Dismissal pursuant to Rule 41(a)(1)(A)(ii) is effective upon the filing of a compliant notice or stipulation. No court order is required. *See Stone v. Woodford*, CIV-F-05-845 AWI-DLB, 2007 WL 527766 (E.D. Cal. Feb. 16, 2007). Nonetheless, the local civil rules of this district require that where, as here, litigants seek voluntary dismissal by filing a signed stipulation pursuant to Rule 41(a)(1)(A)(ii), such a stipulation must be filed as a joint motion.[1]

In the interests of justice and judicial economy, the Court shall construe the parties' Stipulated Dismissal as the requisite joint motion. The Court, having considered the Stipulation, and for good cause shown, hereby **GRANTS** the Stipulated Dismissal. The above-captioned action is hereby dismissed in its entirety, as to all defendants, with prejudice. The Clerk shall close the case.

**IT IS SO ORDERED.**

**DATED: May 23, 2024**

Hon. Cynthia Bashant
United States District Judge

---

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.